# United States District Court
## Southern District of Georgia

JOHN D. WATKINS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV104-127

SOUTHEASTERN NEWSPAPERS, INC.,
d/b/a THE AUGUSTA CHRONICLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated June 17, 2005, granting Defendant's Renewed Motion for Summary Judgment; Judgment is hereby entered granting Defendant Southeastern Newspapers, Inc.'s Motion for Summary Judgment and this case stands dismissed.

EOD: 6/17/05
*[signature]*
deputy Clerk

June 17, 2005
Date

Scott L. Poff
Clerk

*[signature]*
(By) Deputy Clerk